AO 455 (Rev. 5/85) Waiver of Indictment

NOV 13 2007

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

RAFAEL MUNIZ-GONZALEZ

**WAIVER OF INDICTMENT**

07cr3094-JAH

CASE NUMBER: 07mj2539

I, RAFAEL MUNIZ-GONZALEZ, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 13 November 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Rafael Muniz G
Defendant

Defense Counsel

Before
Judicial Officer