UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2007 NOV 13 AM 9:32

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 07mj 2539 |
| vs. | ORDER |
| | RELEASING MATERIAL WITNESS |
| Rafael Muniz-Gonzalez Defendant(s) | Booking No. |

On order of the United States District/Magistrate Judge LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Juan Carlos Pacheco-Hernandez

DATED: 11/13/07

LOUISA S. PORTER
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature] Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082